1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   100 Pine St., Ste 1250
4  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6
   Attorneys for Plaintiff, BRIAN WHITAKER
7

8                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9

10 BRIAN WHITAKER,                     ) Case No.: 3:21-cv-08766-SI
                                       )
11         Plaintiff,                  )
                                       ) **NOTICE OF SETTLEMENT AND**
12    v.                               ) **REQUEST TO VACATE ALL**
                                       ) **CURRENTLY SET DATES**
13 CALIFORNIA WINE MERCHANT INC., a    )
   California Corporation,             )
14                                     )
           Defendants,                 )
15 _____)

16     The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
20 currently set dates with the expectation that the settlement will be consummated within
21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
22 as to all parties to be filed.

23
                              CENTER FOR DISABILITY ACCESS
24

25 Dated: December 13, 2022       /s/ Amanda Seabock
                                  Amanda Seabock
26                                Attorney for Plaintiff
27

28