1  CENTER FOR DISABILITY ACCESS
   Claire Cylkowski, Esq., SBN 335352
2  Prathima Price, Esq., SBN 321378
3  100 Pine St., Ste 1250
   San Francisco, CA 94111
4  (858) 375-7385; (888) 422-5191 fax
   clairec@potterhandy.com
5  Attorneys for Plaintiff

6
   Ben Suter, CASB No. 107680
7  ben.suter@kyl.com
   Sarah Malik, CASB No. 342369
8  sarah.malik@kyl.com
9  KEESAL, YOUNG & LOGAN
   A Professional Corporation
10 450 Pacific Avenue
   San Francisco, California 94133
11 Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
12 Attorneys for Defendant
13 California Wine Merchant Inc.

14
                    UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA

16 | BRIAN WHITAKER,                          | Case No.: 3:21-cv-08766-SI
17 |         Plaintiff,                       | **JOINT STIPULATION FOR**
18 | v.                                       | **DISMISSAL PURSUANT TO**
   |                                          | **FEDERAL RULE OF CIVIL**
19 | CALIFORNIA WINE MERCHANT INC., a         | **PROCEDURE 41(a)(1)(A)(ii)**
   | California Corporation,
20 |         Defendants.

21

22

23

24

25

26

27 ///

28

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by
2  and between the parties hereto that this action may be dismissed with prejudice as to all
3  parties; each party to bear his/her/its own attorneys' fees and costs.
4
5
6  Dated: 1/20/23                    CENTER FOR DISABILITY ACCESS
7
8                                    By:   /s/ Claire Cylkowski
                                           Claire Cylkowski
9                                          Attorneys for Plaintiff
10
11 Dated: 1/20/23                    KEESAL, YOUNG & LOGAN
                                     A Professional Corporation
12
13
14
                                     By:   /s/ Ben Suter
15                                         Ben Suter
                                           Sarah Malik
16                                         Attorneys for Defendant
                                           California Wine Merchant Inc.
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ben Suter, counsel for California Wine Merchant Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated:                              CENTER FOR DISABILITY ACCESS

                                    By:   /s/ Claire Cylkowski
                                          Claire Cylkowski
                                          Attorneys for Plaintiff